IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: BRIAN PHILIP & <br> JAMIE ANN WALKER FKA JAMIE DERIGGI <br> <br> Wells Fargo Bank, N.A., <br>     Creditor, <br> <br>   vs. <br> <br> BRIAN PHILIP & <br> JAMIE ANN WALKER FKA JAMIE DERIGGI, <br>     Debtor | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 09B08181 <br> ) JUDGE Manuel Barbosa <br> ) <br> ) <br> ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the October 2010 contractual payment and all those thereafter.
2. The following is an itemization of the amounts due on the loan as of October 12, 2010:

    | | |
    |---|---|
    | a. Attorney's Fees | $250.00 |
    | b. Payments | $3,307.12 |
    | (10/10, 11/10 @ $1,653.56) | |
    | c. Late Charges | $233.15 |
    | d. Escrow Shortage | $510.37 |
    | Total | $4,300.64 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Wells Fargo Bank, N.A. rights to collect these amounts will be unaffected.

Respectfully Submitted,
Wells Fargo Bank, N.A.

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088